Same case below, 592 F.3d 779.

Same case below, 368 Fed. Appx. 416.

**No. 09-10993. Moises Daniel Moreno, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3526, 177 L. Ed. 2d 1107, 2010 U.S. LEXIS 5337.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 365 Fed. Appx. 977.

**No. 09-10994. Jose Ruben Nieto-Resendiz, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3526, 177 L. Ed. 2d 1107, 2010 U.S. LEXIS 5482.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 962.

**No. 09-10995. Jerry Parker, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3526, 177 L. Ed. 2d 1107, 2010 U.S. LEXIS 5428.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 366 Fed. Appx. 129.

**No. 09-10998. Marty L. Wright, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3526, 177 L. Ed. 2d 1107, 2010 U.S. LEXIS 5466.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-11001. Jamar Saunders, Petitioner v. United States.**

561 U.S. 1034, 130 S. Ct. 3526, 177 L. Ed. 2d 1107, 2010 U.S. LEXIS 5390.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-11003. Naomi Sandres, Petitioner v. Christine A. Noland, Magistrate Judge, United States District Court for the Middle District of Louisiana, et al.**

561 U.S. 1034, 130 S. Ct. 3538, 177 L. Ed. 2d 1107, 2010 U.S. LEXIS 5411,

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11004. Raul Salas De La Rosa, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3526, 177 L. Ed. 2d 1107, 2010 U.S. LEXIS 5342.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 366 Fed. Appx. 757.

**No. 09-11008. Robert Brown, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3527, 177 L. Ed. 2d 1107, 2010 U.S. LEXIS 5499.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.